IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERNEST DOW, *individually and on behalf of all those similarly situated,*<br><br>　　　　Plaintiff,<br>　v.<br><br>VICTAULIC COMPANY,<br><br>　　　　Defendant. | No. 5:20-cv-02146 |

## ORDER

AND NOW, on this __8th__ day of __October__, 2020, upon consideration of the Parties' Joint Motion for Approval of the Parties' Settlement Agreement, and All Papers Filed in Support Thereof, it is ORDERED that the Parties' Motion is GRANTED and the Parties' Settlement Agreement is Approved.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　/s/ Jeffrey L. Schmehl
　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　Jeffrey L. Schmehl
　　　　　　　　　　　　　　　　United States District Judge